# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-188-CAS(VBKx) | Date | February 27, 2009 |
|---|---|---|---|
| Title | *ROBERTO GONZALEZ; ET AL. v. DOLE FOOD COMPANY, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE ANY AND ALL PLEADINGS FILED BY COUNSEL FOR FAILURE TO SUBMIT AN APPLICATION FOR ADMISSION AND FEE.

**IT IS HEREBY ORDERED** that **Defendant's attorney, Michael L. Brem**, show cause in writing not later than **MARCH 18, 2009** why he has failed to file an Application for Admission and fee, or proof of admission in this action and why this Court should not strike any and all pleadings filed by this attorney.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Defendant's counsel is advised that the Court will consider the following:

1) *Application for Admission* **with the fee payment, or proof of admission**

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |